Robert L. Janicki, #5493
Matthew A. Jones, #15792
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:  (801) 323-2090
rjanicki@strongandhanni.com
mjones@strongandhanni.com
*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BROCK PARKINSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FULLMER CATTLE CO., a foreign corporation, FULLMER CALF RANCH, LLC, a foreign corporation, QUELUKE L. FULLMER, an individual, QUE J. FULLMER, an individual, and DOES 1-5,<br><br>    Defendants. | **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Utah Case No.:  230902088<br>Judge:  Craig Hall<br><br>Federal Civil No.  1:23-cv-00083-DBP<br>Magistrate Judge Dustin B. Pead |

Defendants Fullmer Calf Ranch, LLC, Queluke L. Fullmer, and Que J. Fullmer (collectively "Defendants"), by and through counsel, hereby gives NOTICE OF REMOVAL of the above-entitled action from the Second Judicial District Court in and for Weber County, State of Utah, to the United States District Court for the District of Utah.  This notice of, and petition for, removal is made pursuant to 28 U.S.C. §§ 1441 et seq. and is proper and appropriate based upon the following:

1. On June 27, 2023, Defendant Fullmer Calf Ranch, LLC, was served with a Summons and Complaint in the action captioned <u>Parkinson v. Fullmer Calf Ranch, LLC</u>, Civil No. 230902088. A copy of the Summons and Complaint is attached hereto as *Exhibit "A."*

2. On July 12, 2023, service was effectuated on Defendants Queluke L. Fullmer, and Que J. Fullmer.

3. Upon information and belief, Plaintiff Brock Parkinson was at all material times a citizen and resident of the state of Utah. *See* Plaintiff's Complaint at ¶ 1.

4. Queluke L. Fullmer, and Que J. Fullmer are both citizens of the State of Colorado. *See id.* at ¶¶ 2, 3.

5. Fullmer Calf Ranch, LLC, is a Kansas limited liability company with its principal place of business in Syracuse, Kansas. *See id.* at ¶ 4.

6. Fullmer Cattle Co. is not a legal entity but is a dba of Fullmer Calf Ranch, LLC.

7. Diversity of citizenship exists between the parties in accordance with the requirements of 28 U.S.C. § 1332(a), and the Plaintiff's Complaint has asserted a claim for damages in excess of $75,000.00, exclusive of interest and costs.

8. Removal of this action is proper under 28 U.S.C. § 1441(b) because the Plaintiff is a citizen of Utah while the Defendants are citizens of other states, Colorado and Kansas.

9. This Notice of Removal has been filed within thirty (30) days after service of the Summons and Complaint on Calf Ranch, LLC, as required by 28 U.S.C. § 1446(b).

DATED this 19th day of July, 2023.

                                        STRONG & HANNI

                                        */s/ Robert L. Janicki*
                                        Robert L. Janicki
                                        Matthew A. Jones
                                        *Attorneys for Defendants*

## MAILING CERTIFICATE

I hereby certify that on the 19th day of July, 2023, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** was filed using the court's electronic filing system, which sent notice to the following:

    Mark L. Carlson
    CARLSON INJURY LAW, LLC
    2019 West 1900 South, Suite 100
    Syracuse, Utah 84075
    Mark.Carlson@carlsoninjuryfirm.com
    *Attorneys for Plaintiff*

                                        */s/ Chris Larson*